# CIVIL COVER SHEET

JS 44 (Rev. 03/24)

4:24-CV-439-HFS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Joan E. Farr

**DEFENDANTS**
Alexandra Grant, et al.

RECEIVED 4-5-24 1:26 pm W
2024 JUL -1
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

(b) County of Residence of First Listed Plaintiff: Sedgwick Co.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*: Pro se

Attorneys *(If Known)*: Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CIVIL RIGHTS**: [x] 440 Other Civil Rights

## V. ORIGIN *(Place an "X" in One Box Only)*

[x] 1 Original Proceeding — w/motion for change of venue

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing: 42 USC 1985(1)+(3), 42 USC 1983, 18 USC 242, First, Fourth + 14th Amendments, U.S. Constitution

Brief description of cause: Conspiracy to interfere with civil rights, denial of rights under color of law including freedom of speech, right to privacy, due process + equal protection

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $: in excess of $1,000,000
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Kansas District Judge Daniel Crabtree
DOCKET NUMBER: 2:22-cv-2476 DDC-GEB, 2:22-cv-2120 DDC-KGG, 2:21-cv-2183-JWB-TJJ

DATE: July 1, 2024
SIGNATURE OF ATTORNEY OF RECORD: Joan E Farr

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 4:24-cv-00439-HFS   Document 1-1   Filed 07/01/24   Page 1 of 1