Joan E. Farr
7145 Blueberry Lane
Derby, KS 67037
Phone: 918.698.3289
JoanFarr73@aol.com

RECEIVED
2024 JUL -1 AM 6:21  1:26pm KK
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Joan E. Farr, individually, *pro se*, and in the interests of Keanu Reeves' fans worldwide and voters in America,<br>Plaintiff,<br><br>vs.<br><br>Alexandra Grant, Grantlove, LLC, Attorney Scott Sims, Ziffren Brittenham LLP, WME IMG Holdings, LLC, Central Intelligence Agency, Federal Bureau of Investigation, United States Government, Department of Defense, Department of Justice, security and/or management members (NU) for actor Keanu Reeves,<br><br>Defendants. | Case No. 4:24-CV-439-HFS |

**MOTION FOR CHANGE OF VENUE**

COMES NOW the plaintiff, Joan E. Farr, individually *pro se,* and in the interests of Keanu Reeves' fans worldwide and voters in America, and pursuant to 28 USC 1404(a), files this motion for change of venue in the above matter. In support, she states as follows:

1. The legal system has been weaponized against plaintiff since 2001, and she cannot get a fair and impartial trial in any state or federal court in Kansas where she has lived for 60 years. She has filed a total of 13 cases on behalf of herself and her family in the past 23 years, and they were all dismissed.

2. On June 30, 2023, Kansas District Court Judge Daniel Crabtree dismissed her last case with restrictions that she could not file any more cases in federal court in Kansas without his approval or unless she had a lawyer, knowing full well that she has been unable to acquire legal representation for 24 years

1

(EXHIBIT A). As it pertains to his ruling, this case is commenced on different grounds from those previously dismissed by the Kansas courts which is <u>racketeering</u> under the Rico Act and using threats and intimidation to prevent plaintiff from holding office as President or Vice-President of the United States.

3. Accordingly, plaintiff seeks to remove this case to the federal court in the "show-me" state of Missouri pursuant to 28 USC 1404(a) which states:

> <u>"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought..."</u>

4. It is for plaintiff's convenience of living her life without further bodily harm and fear of death that this court has the discretion to accept this case to prevent any further attempts on her life. Indeed, all prior judges in the Kansas courts have turned a blind eye to plaintiff's continual harassment and death threats by the government defendants. In the past three years alone, these have included false charges by a CIA contractor to put her in jail or commit her to an institution so no one would vote for her, a former senator's cropdusting airplane buddy attempting to crash into plaintiff's car on an Oklahoma highway, threats by the state of Kansas to appoint her a guardian to control her assets and who later subpoenaed her bank records without her knowledge, and the CIA sabotaging her skin cancer surgery to cause facial disfigurement.

WHEREFORE, in the interests of justice and preservation of life, plaintiff respectfully requests that this court allow her a change of venue to the United States District Court for the Western District of Missouri for the aforementioned reasons. Farr is drained and would like this "Joan Wick" saga to end.

Respectfully requested,

*Joan E. Farr*
Joan E. Farr, individually *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

2

Case 4:24-cv-00439-HFS   Document 2   Filed 07/01/24   Page 2 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2024, a copy of the above and foregoing Motion for Change of Venue was filed with the United States District Court for the Western District of Missouri, and copies deposited in the United States mail, certified, return receipt and properly addressed, to:

Alexandra Grant
Grantlove, LLC
1610 W. 7th Street, #504
Los Angeles, CA 90017

GrantLove, LLC
Attn: Alexandra Grant
1610 W. 7th Street, #504
Los Angeles, CA 90017

Scott R. Sims, Atty at Law
Ziffren Brittenham, LLP
1801 Century Park West
Los Angeles, CA 90067

Ziffren Brittenham, LLP
Attn: Samuel Fischer, esq.
1801 Century Park West
Los Angeles, CA 90067

WME ING Holdings, LLC
c/o: CSC-Lawyers Inc. Service
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

Keanu's Security/Mgmt Members
Attn: Keanu Reeves
1801 Century Park Ste. 2160
Los Angeles, CA 90067

Department of Defense
Attn: Sec. Lloyd J. Austin III
The Pentagon
Washington, D.C. 20301

Department of Justice
Attn: Atty. Gen. Merrick Garland
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Federal Bureau of Investigation
Attn: Atty. Gen. Merrick Garland
935 Pennsylvania Ave., NW
Washington, D.C. 20535

Central Intelligence Agency
Attn: William J. Burns, Director
  of National Intelligence
Washington, D.C. 20501

U.S. Govt / U.S. Attorney Teresa A. Moore
Charles Evans Whittaker Courthouse
U.S. Attorney's Office Room 510
400 East Ninth Street
Kansas City, MO 64106

/s/ Joan E. Farr
Joan E. Farr, individually *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

STATE OF KANSAS      }
                     } ss:
SEDGWICK COUNTY      }

BE IT REMEMBERED that on this 28 day of June 2024, Joan E. Farr, personally known to me to be the person who executed the foregoing instrument of writing, appeared before me personally and duly acknowledged and executed same. IN TESTIMONY WHEREOF, I have hereunto set my hand and notarial seal for the above county and state, the day and year above written.

/s/ Maycie Carman
Notary Public

My appointment expires: 11-18-2025

NOTARY PUBLIC - STATE OF KANSAS
MAYCIE CARMAN
MY APPT. EXPIRES NOV. 18, 2025

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOAN E. FARR,

    Plaintiff,

v.

    Case No. 22-2476-DDC-GEB

UNITED STATES GOVERNMENT, et al.,

    Defendants.

## MEMORANDUM AND ORDER

Plaintiff Joan E. Farr, appearing pro se, filed this lawsuit against defendants United States Government, many agencies of the federal government, United States Senator James Inhofe and his chief of staff Luke Holland, United States Senator Jerry Moran, the State of Kansas, Kansas Secretary of State Scott Schwab, United States Assistant Attorney Christopher Allman, the District Court of Sedgwick County, Kansas, as well as "other known/unknown state and government actors." Doc. 44 at 2–5 (First Am. Compl. ¶¶ 1–15).[1]

Defendants Kansas and Sedgwick County District Court filed a Motion to Dismiss (Doc. 48). Defendant Scott Schwab filed a Motion to Dismiss (Doc. 50). And the federal defendants—Mr. Allman, the CIA, the FBI, Mr. Holland, Senators Inhofe and Moran, the IRS,

---

[1] Plaintiff Farr filed this lawsuit November 21, 2022 (Doc. 1). In response, defendants Kansas and Sedgwick County District Court moved to dismiss (Doc. 7) as did defendant Scott Schwab (Doc. 10). In January, United States Magistrate Judge Gwynne E. Birzer recognized plaintiff's right to file an Amended Complaint as a matter of right under Fed. R. Civ. P. 15(a)(1). See Doc. 38. Ms. Farr did so (Doc. 44), superseding her earlier filing. See Franklin v. Kan. Dep't of Corr., 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect." (citations omitted)). Thus, the court denies the pending motions attacking plaintiff's original Complaint (Docs. 7 & 10) as moot.

IT IS FURTHER ORDERED THAT plaintiff, Ms. Farr, is prohibited from filing another case in this district against the defendants sued in this case and in Case No. 22-2120 (Kansas Legal Services, Rebecca Hesse, and Christine Curry), unless she is represented by counsel who is a member of this court's bar. Plaintiff may proceed pro se only if she provides a notarized affidavit that verifies with particularity that the new action is commenced on different grounds from those cases previously dismissed by this court. Any proposed complaint against any of the defendants covered by this Order must list all previous actions against the defendants and provide them with notice of this filing restriction. If plaintiff submits a pro se complaint meeting these requirements, the court will review it and determine whether it will accept the complaint for filing.

These rulings dispose of all claims asserted in the case and the court thus directs the Clerk to enter a Judgment consistent with this Order and close the case.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2023, at Kansas City, Kansas.

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**

## Attachment A—Summary of Filing Restrictions on Joan E. Farr

**(1) Restrictions Applying to Joan E. Farr UNLESS REPRESENTED BY AN ATTORNEY ADMITTED TO PRACTICE BEFORE THIS COURT**
- Unless she is represented by counsel who is a member of this court's bar, plaintiff, Joan E. Farr, is prohibited from filing another case in this district against:
  - Defendants in Case No. 22-2476 (Scott Schwab, State of Kansas, District Court of Sedgwick County, Kansas, Christopher Allman, Central Intelligence Agency, Federal Bureau of Investigation, Luke Holland, James Inhofe, Internal Revenue Service, Jerry Moran, United States Department of Defense, United States Department of Justice, United States Government)
  - Defendants in Case No. 22-2120 (Kansas Legal Services, Rebecca Hesse, and Christine Curry)

**(2) Joan E. Farr, if unrepresented by counsel, may not sue any of the defendants identified in paragraph (1) unless she:**
- provides a notarized affidavit verifying with particularity that a new action against those any one of those defendants is commenced on different grounds from any suit that she:
  - previously has filed; and
  - the court has dismissed.
- Any proposed complaint against any one of these defendants must:
  - list all previous suits brought against any one or more of defendants identified in paragraph (1), above; and
  - provide notice to such defendants that the court has imposed this filing restriction on Ms. Farr.

If the pro se complaint meets these requirements, the court will review it and determine whether to accept the complaint for filing.